1 | BESS M. BREWER, #100364
1023 H Street, Suite B5
2 | Sacramento, CA 95814
Telephone: (916) 448-8600
3 | Facsimile: (916) 448-8605

4 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY P. GALVAN** | Case No. CIV-S-06-743 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| **v.** | |
| **JO ANNE B. BARNHART Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of September 19, 2006 until November 10, 2006.  This is Plaintiff's first requested extension and is necessary due to a  counsel's  heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: September 15, 2006 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | Dated:   September 15, 2006_ | McGregor W. Scott |
| 5 | | United States Attorney |
| 6 | | By: /s/Bobbie J. Montoya |
| 7 | | BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| 8 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 9/19/06        /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

galvan.ord