```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
    Fax: (916) 554- 2900
 5  Theophous H. Reagans
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94105
 7  Telephone: (415) 977-8938
    Fax: (415) 744-0134
 8
    Attorneys for Defendant
 9
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| GREGORY P. GALVAN, | ) | Case No. CIV 06-743 GGH |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER TO EXTEND TIME |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from December 13, 2006, to January 13, 2007.

All other dates in the Courts Scheduling Order are extended accordingly.

///

///

1

1    This is Defendant's first request for an extension of time to
2 respond to Plaintiff's motion.  Defendant requests the additional
3 time due to workload and a previously scheduled vacation.

Respectfully submitted,

Dated: December 12, 2006      /s/ Bess Brewer_____
                              BESS M. BREWER
                              Attorney for Plaintiff


Dated: December 12, 2006      McGREGOR W. SCOTT
                              United States Attorney
                              BOBBIE J. MONTOYA
                              Assistant U.S. Attorney

                              __/s/ Theophous H. Reagans____
                              THEOPHOUS H. REAGANS
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: 12/15/06               /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              United States Magistrate Judge

galvan.ord-2

2