1    McGREGOR W. SCOTT
     United States Attorney
2    LUCILLE GONZALES MEIS
     Regional Chief Counsel, Region IX
3    Social Security Administration
     THEOPHOUS H. REAGANS
4    Special Assistant United States Attorney

5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8943
         Facsimile:  (415) 744-0134
7        E-Mail: Theophous.Reagans@ssa.gov

8    Attorneys for Defendant

9                         UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                            **SACRAMENTO DIVISION**

12

13   GREGORY GALVAN,                    )
                                        )    Case No. CIV-S-06-0743 GGH
14        Plaintiff,                    )
                                        )    STIPULATION AND ORDER SETTLING
15             v.                       )    ATTORNEY'S FEES PURSUANT TO THE
                                        )    EQUAL ACCESS TO JUSTICE ACT (EAJA)
16   MICHAEL J. ASTRUE,                 )
     Acting Commissioner of            )
17   Social Security,                   )
                                        )
18        Defendant.                    )
     _____)

19

20        It is stipulated by the parties through their undersigned counsel, subject to the approval of the

21   Court, that counsel for Plaintiff, as Plaintiff's assignee, be awarded attorney's fees under the Equal

22   Access to Justice Act (EAJA) in the amount of FOUR THOUSAND and 00/100 DOLLARS

23   ($4,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. §

24   2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not

25   constituting any admission of Defendant's liability under the EAJA in this action.

26        Payment of fees in the amount of FOUR THOUSAND and 00/100 DOLLARS ($4,000.00) shall

27   constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA

28   fees in connection with this action, without prejudice to any future request for fees under the Social

1   Security Act, 42 U.S.C. § 406(b).

2                                                          Respectfully submitted,

3   Dated: August 10 , 2007              /s/ *Bess M. Brewer*
                                         (As authorized via facsimile)
4                                        BESS M. BREWER
                                         Attorney for Plaintiff
5
                                         McGREGOR W. SCOTT
6                                        United States Attorney
                                         LUCILLE GONZALES MEIS
7                                        Regional Chief Counsel, Region IX
                                         Social Security Administration
8

9   Dated: August 10 , 2007              /s/ *Theophous H. Reagans*
                                         THEOPHOUS H. REAGANS
10                                       Special Assistant U.S. Attorney

11                                       Attorneys for Defendant

12

13                                       <u>ORDER</u>

14       APPROVED AND SO ORDERED.

15  DATED: 8/27/07                       /s/ Gregory G. Hollows

16                                       _____
                                         GREGORY G. HOLLOWS
17                                       UNITED STATES MAGISTRATE JUDGE

18  galvan.eaja

19

20

21

22

23

24

25

26

27

28